## HANG & ASSOCIATES, PLLC

ATTORNEYS AT LAW
136-20 38th Avenue, Suite 10G
Flushing, New York 11354

November 8, 2022

**VIA ECF**
Hon. CHRISTINE P. O'HEARN
United States District Court
District of New Jersey
Mitchell H. Cohen U.S. Courthouse
1 John F. Gerry Plaza
4th & Cooper Streets
Camden, NJ 08101

RE:  **PENG LIU V. CHIN MA II, INC.. ET AL.**
       **1:21-cv-12507 NLH/SAK**
       **Letter for resubmission of revised release term**

Dear Hon. CHRISTINE P. O'HEARN:

This office represents Plaintiff in the above-referenced case. We write with opposing counsel's consent to file the revised release term.

Per your honor's order dated November 2, 2022 (ECF docket # 35), Parties revised the release term in the settlement agreement and executed the revised settlement agreement again. The revised release term is consistent with the order and included in the settlement agreement attached herewith as Exhibit A.

We appreciate Court's attention and time on this matter.

Respectfully submitted,

HANG & ASSOCIATES, PLLC

*/s/ Yongjin Bae*
Yongjin Bae, Esq.
136-20 38th Ave., Suite 10G
Flushing, NY 11354
Tel: 718.353.8588
E-mail:ybae@hanglaw.com
*Attorney for Plaintiff*

Cc. Opposing counsel Via ECF