UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PENG LIU, <br><br> Plaintiff, <br><br> v. <br><br> CHIN MA II, INC., LILY LIN, CHEI-TZEA LIN and NAI YUH LIN, <br><br> Defendants. | 1:21-cv-12507 <br><br><br> **ORDER** |

**O'HEARN, District Judge.**

This matter comes before the Court upon the parties' joint Motion for Settlement Approval by Plaintiff, Peng Liu ("Plaintiff"), and Defendants, Chin Ma II, Inc. d/b/a China Sea of Absecon, Lily Lin, Chei-Tzea Lin, and Nai Yuh Lin, ("Defendants"). (ECF No. 36).

**WHEREAS,** this Court previously granted in part and denied in part the parties' joint Motion for Settlement Approval in light of the release agreement contained therein and directed the parties to submit a revised release agreement consistent with that ruling; (ECF No. 35); and

**WHEREAS,** the parties having complied with the Court's Order and filed another joint Motion for Settlement Approval with a revised release agreement consistent with the Court's ruling; (ECF No. 36); and therefore

**IT IS** on this  9th  day of   November  , 2022

**ORDERED** that the Motion for Settlement Approval is **GRANTED** as to all of the terms of the Agreement.

 /s/ *Christine P. O'Hearn*
**CHRISTINE P. O'HEARN**
**United States District Judge**