Russell L. Lichtenstein (4996)
COOPER LEVENSON, P.A.
1125 Atlantic Avenue - 3rd Floor
Atlantic City, NJ 08401
Telephone: (609) 572-7676
Facsimile: (609) 572-7677
File No. 59521.00002
Attorney for Defendants, Chin Ma II, Inc. d/b/a China Sea of Absecon, Lily Lin, Chei-Tzea Lin, and Nai Yuh Lin

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PENG LIU, individually and on behalf of all other employees similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CHIN MA II, INC. d/b/a CHINA SEA OF ABSECON, LILY LIN, CHEI-TZEA LIN, and NAI YUH LIN,<br><br>Defendants. | Civil Action No. 1:21-cv-12507 NLH/SAK<br><br>Civil Action<br><br>**STIPULATED ORDER APPROVING SETTLEMENT AND DISMISSING ACTION WITH PREJUDICE** |

It is hereby STIPULATED by Plaintiff, Peng Liu, and Defendants, Chin Ma II, Inc. d/b/a China Sea of Absecon, Lily Lin, Chei-Tzea Lin, and Nai Yuh Lin (collectively, the "Parties"), by and through their respective undersigned counsel, and ORDERED by the Court as follows:

1. In this action, Plaintiff asserts claims against Defendants under the Fair Labor Standards Act of 1938, 29 U.S.C. §201 *et seq.* (the "FLSA") and the New Jersey Wage and Hour Law, *N.J.S.A.* 34:11-56a *et seq.* (the "NJWHL"), seeking unpaid overtime pay, unpaid minimum wages, liquidated damages, attorneys' fees, costs, and pre and post-judgment interest ("Plaintiff's Claims").

2. Defendants deny the allegations made against them in the Lawsuit and deny any liability to Plaintiff under the FLSA or the NJWHL.

3. The parties agree and the Court finds that bona fide disputes exist between the Parties regarding whether and to what extent Plaintiff is entitled to relief under the FLSA or the

NJWHL, including a dispute regarding whether Plaintiff is exempt from coverage under the FLSA and NJWHL and a dispute concerning the number of hours worked by Plaintiff.

4. Following lengthy settlement discussions between counsel for the respective Parties, the Parties have reached a settlement of Plaintiff's Claims, which is memorialized in the Settlement Agreement and Release attached hereto as Exhibit 1.

5. The Parties agree and the Court finds that the settlement, as set forth in the Settlement Agreement and Release, is fair and reasonable.

6. The Parties' settlement, as set forth in the Settlement Agreement and Release, is hereby APPROVED.

7. By agreement of the Parties and pursuant to Rule 41 of the Federal Rules of Civil Procedure, this action is hereby DISMISSED WITH PREJUDICE.

| | |
|---|---|
| Yongjin Bae, ESQUIRE | RUSSELL L. LICHTENSTEIN, ESQUIRE |
| HANG & ASSOCIATES, PLLC | COOPER LEVENSON, P.A. |
| 136-20 38th Avenue, Suite 10G | 1125 Atlantic Avenue, 3rd Floor |
| Flushing, NY 11354 | Atlantic City, NJ 08401 |
| T: (718)353-8588 | T: (609) 572-7676 |
| F: (718)353-6288 | F: (609) 572-7677 |
| ybae@hanglaw.com | rlichtenstein@cooperlevenson.com |
| Attorneys for Plaintiff | Attorneys for Defendants, Chin Ma Ii, Inc. d/b/a China Sea Of Absecon, Lily Lin, Chei-Tzea Lin, and Nai Yuh Lin |

BY THE COURT:

_____, U.S.D.J.

DATE: _____, 2022